**Opinion issued June 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00451-CV

———————————

## IN RE DEMETRIA SMITH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Demetria Smith, has filed a petition for a writ of mandamus, seeking relief from the denial of her oral motion to disqualify the Honorable Robert Kern as the special judge assigned to preside over her election contest and requesting his

disqualification and the assignment of another judge to preside in the trial court proceeding.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

---

[1] The underlying case is *Demetria Smith v. Harris County Democratic Party, Harris County Clerk's Office, Harris County Judge, State Representative 149 Hubert Vo, Stan Stanart County Clerk, Sonya Aston, and Lane Lewis*, No. 2016-17400, in the 125th District Court of Harris County Texas, the Honorable Robert Kern presiding.